UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/26

    -against

JOSEPH IPPOLITO,

                      Defendant.

------------------------------------------------------------------x

**ORDER**
95 CR 868 (KMW)

KIMBA M. WOOD, District Judge:

The Court hereby unseals ECF Documents 3, 4 and 7 in the above-captioned case, as the need for confidentiality no longer outweighs the public interest, given the age of the case and the death of the defendant.

SO ORDERED.

Dated: New York, New York
      July 1, 2026

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE