UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

      -V.-                      :        <u>SEALED ORDER</u>
                                    95 Cr. 868 (KMW)

JOSEPH IPPOLITO,                  :

      Defendant.                  :

- - - - - - - - - - - - - - - - - - -x

Upon the application of Mary Jo White, United States Attorney for the Southern District of New York, by David N. Kelley, Assistant United States Attorney, and upon the annexed affidavit of Assistant United States Attorney David N. Kelley,

IT IS HEREBY ORDERED:

1.    That the United States Bureau of Prisons is directed to release to the custody of the United States Marshals Service, Joseph Ippolito, who pleaded guilty before the Court to escape, in violation of 18 U.S.C. § 751(a).  Ippolito is currently in the custody awaiting sentence on that charge;

2.    That, on either July 18 or 19, 1996, the Marshals Service escort Ippolito to West Hudson Hospital, 206 Bergen Avenue, Kearney, New Jersey.

3.    That the Marshals Service supervise a visit at the West Hudson hospital between Ippolito and Armando DelTuffo. Immediately after said visit, the Marshals Service shall return Ippolito to the place where Ippolito is now detained by the Bureau of Prisons.

4.    That this Order and the annexed affidavit shall be sealed, except that a copy of the Order may be provided to the

Office of the United States Attorney to be presented to the Marshals Service and the Bureau of Prisons.

Dated:    New York, New York
          July 18, 1996

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE