UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

-v.- :

JOSEPH IPPOLITO, :

Defendant. :

- - - - - - - - - - - - - - - - - - -x

SEALED AFFIDAVIT
95 Cr. 868 (KMW)

STATE OF NEW YORK )
COUNTY OF NEW YORK : ss.:
SOUTHERN DISTRICT OF NEW YORK )

David N. Kelley, being duly sworn, deposes and says:

1. I am an Assistant United States Attorney in the Office of Mary Jo White, United States Attorney for the Southern District of New York. I am in charge of the prosecution of Joseph Ippolito.

2. Ippolito is in federal custody following his plea of guilty to escape, in violation of 18 U.S.C. § 751(a), before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York. Ippolito is currently housed at the Metropolitan Correctional Center, 150 Park Row, New York, New York, where he awaits sentencing by the Court.

3. We have been informed, and have confirmed information that Armando DelTuffo, the uncle of Joseph Ippolito, is a patient at West Hudson Hospital, 206 Bergen Avenue, Kearney, New Jersey. Mr. DelTuffo is gravely ill and is not expected to survive for more than a few days.

4. Ippolito has requested that he be permitted to visit Mr. DelTuffo before he expires, which visit will be under

the supervision of the United States Marshals Service. Both the Marshals Service and the Government has consented to the request, and the Marshals Service reports that it has undertaken the necessary security precautions should the Court grant the instant application.

5. Accordingly, I request that Deputy United States Marshals be permitted to take custody of Ippolito from the facility where he is presently confined on either July 18 or 19, 1996, in order that they transport Ippolito to the West Hudson Hospital, where the Deputies will supervise a brief visit between Mr. DelTuffo and Ippolito before immediately returning Ippolito to the place of his present confinement.

5. I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

WHEREFORE the Government respectfully requests that this Court enter the attached proposed Order and that this Affidavit and the Order be sealed.

Dated: New York, New York
July 18, 1996

DAVID N. KELLEY
Assistant United States Attorney